1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              CASE NO. 6:15-cR-00001-MJS

11              Plaintiff,                  **ORDER RECONVEYING PASSPORT**

12        v.

13   ANTONIO BLAZQUEZ,

14              Defendant.

15

16        The Court received Defendant Antonio Blazquez's original passport, No.

17   AAJ6234449, as collateral on February 20, 2015. (ECF No. 12.) The passport is

18   HEREBY RELEASED on the condition that Defendant not leave the country during the

19   pendency of trial. The Clerk's Office is directed to facilitate the re-conveyance of the

20   passport to Defendant.

21

22   IT IS SO ORDERED.

23   Dated: 2/26/15

24                                          Michael J. Seng
                                            United States Magistrate Judge
25                                          Eastern District of California

26

27

28