Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO: 1:15-cr-00077-AWI |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |
| ANTONIO BLAZQUEZ, | |
| Defendant. | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel that the following briefing schedule – Appellee's Brief and Appellant's

Reply Brief – now due June 25, 2015 and July 2, 2015, respectively, **may be continued**

to July 24, 2015, and July 31, 2015, respectively.

The defendant is in agreement with this request.

///

///

///

///

1

1

Respectfully submitted,

2

BENJAMIN B. WAGNER
United States Attorney

3

4

Dated:  June 16, 2015

/S/ Matthew McNease

5

Matthew McNease
Acting Legal Officer

6

National Park Service
Yosemite National Park

7

8

HEATHER E. WILLIAMS
Federal Defender

9

10

Dated:  June 16, 2015

/S/ Megan T. Hopkins

11

Megan T. Hopkins
Assistant Federal Defender

12

Attorneys for Defendant
ANTONIO BLAZQUEZ

13

14

**ORDER**

15

16

IT IS SO ORDERED.

17

18

Dated:   June 16, 2015

SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25

26

27

28