1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Petitioner-Appellant
   ANTONIO BLAZQUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANTONIO BLAZQUEZ,                    )  Case No.:  1:15-CR-00077 AWI
                                         )             6:15-CR-00001 MJS
12              Petitioner-Appellant,    )
                                         )  PETITIONER APPELLANT'S REQUEST
13  vs.                                  )  FOR EXTENSION OF TIME FOR FILING
                                         )  REPLY BRIEF; ORDER
14  UNITED STATES OF AMERICA,            )
                                         )  Judge:  Hon. Anthony W. Ishii
15              Respondent-Appellee.     )
                                         )
16  _____     )

17

18        Petitioner-Appellant, Antonio Blazquez, by and through his counsel undersigned,

19  Assistant Federal Defender Megan T. Hopkins, hereby applies to extend the time within which to

20  file Appellant's reply brief for 14 days from the current due date of July 31, 2015.  The new date

21  for filing the reply brief is August 14, 2015.  Appellant has made no prior requests for extension

22  of time within which to file Appellant's reply brief.

23        This motion is based on the Rules of the United States District, Federal Rule of Criminal

24  Procedure 26(b).  The primary ground for this extension is insufficient time to prepare

25  Appellant's reply brief.  Carrying a full caseload of over forty misdemeanor and felony cases,

26  counsel has been travelling to and from the Magistrate Court in Yosemite National Park between

27  six and nine days each month for appearances, motion hearings, and sentencing hearings there.

28  Counsel currently has a trial scheduled in Yosemite for the week of August the 3rd.

1    Therefore, defense counsel believes additional time will be necessary to prepare the

2    reply brief.  Defense counsel is exercising due diligence in conducting legal research on this case

3    and believes that she will be able to file the reply brief within the requested extension.

4    Counsel for the appellant has contacted National Park Service Legal Officer Matthew

5    McNease, counsel for Respondent-Appellee, and he has no objection to the requested extension

6    of time.

7

8                                          Respectfully submitted,

                                           HEATHER E. WILLIAMS
9                                          Federal Defender

10

     Dated:  July 30, 2015                 */s/ Megan T. Hopkins*
11                                         MEGAN T. HOPKINS
                                           Assistant Federal Defender
12                                         Attorneys for Petitioner-Appellant
                                           ANTONIO BLAZQUEZ
13

14

15                                  **ORDER**

16        The requested extension of time from the original filing deadline of July 31, 2015 until

17   August 14, 2015 for filing Appellant's reply brief is granted based upon defense counsel's

18   representations as to the need for the extension of time.

19

20   IT IS SO ORDERED.

21   Dated:   July 30, 2015          _____
                                          SENIOR  DISTRICT  JUDGE
22

23

24

25

26

27

28